Scott Hite, OSB No. 165982
Scott.hite@thehqfirm.com
The HQ Firm, P.C.
7533 S. Center View Ct. #4424
West Jordan, UT 84084
385-440-4100

Thomas Alvord, *pro hac vice*
thomas@thehqfirm.com

Karissa Murphy, *pro hac vice*
Karissa.murphy@thehqfirm.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| NATHAN KING, individually and on behalf of all others similarly situated, | Case No.: 3:24-cv-01869-SI |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |
| v. | |
| SNAPCHAT INC., | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Nathan King gives notice that Defendant Snapchat Inc., is voluntarily dismissed without prejudice. Defendant has not served an answer or a motion for summary judgment. Accordingly,

Plaintiff notices the voluntary dismissal of his claims in this action without prejudice. *See* FED. R. CIV. P. 41(a)(1)(B).

DATED: January 31, 2025                                              Respectfully Submitted,

                                                                     */s/ Thomas Alvord*
                                                                     Thomas Alvord

## CERTIFICATE OF SERVICE

I, Thomas Alvord, hereby certify that the foregoing Notice of Voluntary Dismissal was served upon Defendant's counsel via the Court's electronic filing system on January 31, 2025.

                                                                     */s/ Thomas Alvord*
                                                                     Thomas Alvord